# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FILED

DEC 29 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | |
|---|---|
| RUSSEL C. WILLEY, individually,<br><br>Plaintiff,<br><br>v.<br><br>A. C. AND S., INC., a corporation; A.P. GREEN INDUSTRIES, a corporation; C.E. THURSTON AND SONS, INC., a corporation; COMBUSTION ENGINEERING, INC., a corporation; CSR, LTD., a corporation; DANA CORP., a corporation; DRESSER INDUSTRIES, a corporation; EMPIRE ACE INSULATION MFG. CORP., a corporation; ERICSSON, INC., as successor to ANACONDA STEEL & WIRE CO., a corporation; FERODO AMERICA, INC., a corporation; FOSTER WHEELER CORPORATION, as Parent Corporation to FOSTER WHEELER ENERGY CORPORATION, a corporation; FOSTER-WHEELER ENERGY CORP., a corporation; THE FLINTKOTE COMPANY, a corporation; GAF CORPORATION, a corporation; GARLOCK, INC., a corporation; GENERAL ELECTRIC COMPANY, a corporation; GENERAL REFRACTORIES COMPANY, a corporation; GEORGIA-PACIFIC CORPORATION, a corporation; HARBISON WALKER REFRACTORIES, a corporation; I.U. NORTH AMERICA, INC., a corporation; INDUSTRIAL HOLDINGS CO., a corporation, MAREMONT CORP., a corporation; METROPOLITAN LIFE INSURANCE COMPANY, a corporation; NATIONAL SERVICES INDUSTRIES, INC., a corporation; NORTH AMERICAN REFRACTORIES COMPANY, a corporation; NOSROC CORP., a corporation; OWENS-ILLINOIS CORP., a corporation; PFIZER, INC., a corporation; QUIGLEY CO., INC., a corporation; RAPID AMERICAN CORP., a corporation; RHONE-POULENC AG., CO., a corporation; SHOOK & FLETCHER INSULATION CO., a corporation; T&N, LTD f/k/a T & N PLC, a corporation; UNION CARBIDE CHEMICALS AND PLASTICS CO., INC., a corporation; UNITED STATES MINERAL PRODUCTS CO., a corporation; W.R. GRACE CO., a corporation; and VIACOM, INC., as successor to WESTINGHOUSE ELECTRIC CORP., a corporation.<br><br>Defendants. | CASE NO.<br><br>In Re Asbestos Litigation<br><br>COMPLAINT<br><br>00C 8195<br><br>JUDGE KOCORAS<br><br>MAGISTRATE JUDGE BOBRICK<br><br>DOCKETED<br>JAN 02 |

## COMPLAINT

Now comes the plaintiff, Russel C. Willey (hereinafter "Plaintiff"), by and through his attorneys, CASCINO VAUGHAN LAW OFFICES, LTD., and complains of defendants, as follows:

## JURISDICTION

1. Plaintiff, Russel C. Willey, is an adult citizen of Illinois. Plaintiff's address is 1011 N Spring Street, Elgin, Illinois 60120. Plaintiff's Social Security number is 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. Plaintiff allegedly worked

with asbestos at various job sites in the state of Illinois during his career as a Laborer.

2. The defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment (hereinafter referred to as "asbestos products"). Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

3. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

4. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars, exclusive of interest and costs.

5. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6. Plaintiff during the course of his employment at various job sites, including those listed on the attached Exhibit B, was allegedly exposed to asbestos dust or fibers emanating from the asbestos products which were sold, manufactured, distributed, packaged, installed or otherwise placed into commerce by all defendants.

7. Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near said materials.

8. Plaintiff became aware of the asbestos-related condition and said condition was caused by defendants' wrongful conduct within the statute of limitations before the filing of this action.

9. As a direct and proximate result of the conduct of defendants, Plaintiff developed and has been diagnosed as having Asbestosis. See medical report at Exhibit C, attached hereto and incorporated herein by this reference.

10. Plaintiff suffered great pain, physical impairment, great mental pain and anguish, is liable for large

sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT 1 - PRODUCTS LIABILITY - NEGLIGENCE

11. Plaintiff brings this count for negligence against all defendants, less METROPOLITAN LIFE INSURANCE COMPANY, and incorporates by reference all general allegations.

12. It was reasonably foreseeable by defendants that Plaintiff and other workers would be working with or in the proximity of defendants' asbestos products.

13. Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others who worked with or were allegedly exposed to the defendants' asbestos products.

14. Defendants knew or in the exercise of ordinary or reasonable care ought to have known that exposure to their asbestos products caused disease and/or death and that Plaintiff did not know that asbestos products were dangerous or harmful.

15. Notwithstanding the aforementioned duty, defendants, and each of them, were negligent by one or more of the following acts or omissions:

    a) Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

    b) Failed to warn Plaintiff or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;

    c) Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d) Failed to instruct Plaintiff, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e) Manufactured, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

16. As a direct and proximate result of the acts and omissions of the defendants above, plaintiff was

injured as described above.

## COUNT 2 – CONSPIRACY

17. This claim is brought against all defendants herein for civil conspiracy and plaintiff incorporates the general allegations above.

18. The civil conspiracy defendants and other unnamed coconspirators knowingly and willfully combined, agreed, and conspired with each other for the purpose of accomplishing one or more of the following unlawful purposes:

    a)  Suppressing information about the health hazards of asbestos, including medical and scientific data, from those persons who would be exposed to the asbestos from the products made and sold by the conspirators,

    b)  Affirmatively asserting, in a manner not warranted by the information possessed by the conspirators, claims that the conspirators knew were false, namely, that it was safe to work with and in close proximity to asbestos.

19. The conspirators in communications between each other and through participation in trade organizations and committees of such trade organizations ratified and adopted the unlawful purposes and conduct of the conspiracy.

20. One or more of the conspirators performed the following tortious acts in furtherance of the conspiracy:

    a)  Manufactured, sold, packaged or installed unreasonably dangerous asbestos products to which the Plaintiff was exposed,

    b)  Failed to warn about health hazards of asbestos, failed to investigate health hazards of asbestos or failed to instruct about precautionary measures required for protection;

21. The agreement of the conspirators and acts done in furtherance of the agreement were the proximate causes of the injuries set forth above.

## PUNITIVE DAMAGES

22. Defendants acted maliciously, with willful and wanton disregard for the rights of Plaintiff for which plaintiff is entitled to recover punitive damages.

4

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows:

a) Judgement against defendants, jointly and severally, for compensatory and general damages.

b) Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated this 27th day of December, 2000.

_____
One of the Plaintiff's Attorneys

MICHAEL P. CASCINO
CASCINO VAUGHAN LAW OFFICES, LTD.
403 West North Avenue
Chicago, Illinois 60610-1117
312-944-0600
312-944-1870 fax

5

# Exhibit A
## Defendants' Home States and Principal Places of Business

| | | |
|---|---|---|
| A.C. and S., Inc. | Delaware | Pennsylvania |
| ~~A⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛~~ | ~~Delaware~~ | ~~New Jersey~~ |
| A.P. Green Industries | Delaware | Missouri |
| C.E. Thurston and Sons | Delaware | Virginia |
| ~~⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛~~ | ~~Pennsylvania~~ | ~~Virginia~~ |
| Combustion Engineering, Inc. | Delaware | Massachusetts |
| C S R, Ltd. | Australia | Australia |
| Dana Corp. | Virginia | Ohio |
| Dresser Industries, Inc. | Delaware | Texas |
| Ericsson, Inc., as successor to Anaconda Wire & Cable Company | North Dakota | Wisconsin |
| Empire Ace Insulation Mfg. Corp. | New York | New York |
| Ferodo America, Inc. | Delaware | Tennessee |
| Foster Wheeler Corporation, as Parent Corporation to Foster Wheeler Energy Corporation | New York | New Jersey |
| Foster Wheeler Energy Corp. | Delaware | New Jersey |
| The Flintkote Company | Delaware | California |
| GAF Corporation | Delaware | New Jersey |
| Garlock, Inc. | Ohio | Ohio |
| General Electric Company | New York | Connecticut |
| General Refractories Company | Pennsylvania | Pennsylvania |
| Georgia-Pacific Corporation | Georgia | Georgia |
| Harbison Walker Refractories | Delaware | Pennsylvania |
| Industrial Holdings Co. | New York | New York |
| I.U. North America, Inc. | Delaware | Pennsylvania |
| ~~⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛~~ | | |
| Maremont Corp. | Delaware | Indiana |
| Metropolitan Life Insurance Company | New York | New York |
| National Services Industries, Inc. | Delaware | Indiana |
| North American Refractories Company | Ohio | Ohio |
| Nosroc Corp. | Pennsylvania | Pennsylvania |
| Owens-Illinois Corporation | Delaware | Ohio |
| Pfizer, Inc. | Delaware | New York |
| Quigley Co., Inc. | New York | New York |
| Rapid American Corp. | Delaware | Pennsylvania |

6

| | | |
|---|---|---|
| Rhone Poulence Ag. Co., f.k.a. Amchem Products, Inc. | New York | New Jersey |
| Shook & Fletcher | Delaware | Alabama |
| T&N LTD, f/k/a T&N plc | Delaware | Britain |
| Union Carbide Chemicals and Plastics Co., Inc. | New York | New Jersey |
| United States Mineral Products Company | New Jersey | New Jersey |
| W.R. Grace Company | Connecticut | Florida |
| Viacom, Inc., as successor to Westinghouse Electric Corp. | Delaware | New York |

Exhibit B

Last: Willey
SSN: 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

| SSN | Last | First | FirstYrId | LastYrId | SiteLocation | SiteCity | SiteSt |
|---|---|---|---|---|---|---|---|
| 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 | Willey | Russel | 1957 | 1975 | Carswell Floors | Elgin | IL |



PLAINTIFF'S EXHIBIT B

# ALVIN J. SCHONFELD D.O., F.C.C.P., A.A.D.E.P.
## PULMONARY MEDICINE
## OCCUPATIONAL LUNG DISEASE

**RUSSELL WILLEY**

905 W. CASTLEWOOD TERRACE
CHICAGO, ILLINOIS 60640-4128

WORKER'S Social Security Number: [illegible]

TYPE OF READING: P (checked)

PLAINTIFF'S EXHIBIT C

**1A. DATE OF X-RAY:** 03 20 00

**1B. FILM QUALITY:** 2 (checked); If Not Grade 1 Give Reason: ARTIFACT

**1C. IS FILM COMPLETELY NEGATIVE?** NO (checked) — Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** NO (checked) — PROCEED TO SECTION 3

**2B. SMALL OPACITIES** — (not completed)

**2C. LARGE OPACITIES** — SIZE: 0 (not completed)

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES (checked) — Complete 3B, 3C and 3D

**3B. PLEURAL THICKENING**
- a. DIAPHRAGM (plaque) SITE: R (checked)
- b. COSTOPHRENIC ANGLE SITE: R (checked)

**3C. PLEURAL THICKENING... Chest Wall**
- a. CIRCUMSCRIBED (plaque):
  - SITE: R (checked) — IN PROFILE: i. WIDTH 0; ii. EXTENT 1; FACE ON iii. EXTENT 1
  - SITE: L (checked) — IN PROFILE: i. WIDTH 0; ii. EXTENT 1; FACE ON iii. EXTENT 1
- b. DIFFUSE:
  - SITE: R (checked) — (not completed)
  - SITE: L (checked) — (not completed)

**3D. PLEURAL CALCIFICATION**
- SITE: R (checked) — (not completed)
- SITE: L (checked) — (not completed)

**4A. ANY OTHER ABNORMALITIES?** YES (checked) — Complete 4B and 4C

**4B. OTHER SYMBOLS (OBLIGATORY):** co (checked); SPECIFY od.: OD — CARDIOMEGALY

**4C. OTHER COMMENTS:** CABG

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C: (not marked)

**5. FILM READER'S INITIALS:** AJS

**PHYSICIAN'S SOCIAL SECURITY NUMBER:** 274 44 5525

**DATE OF READING:** 04 10 00 (signature)

RUSSEL C. WILLEY, individually v. A. C. AND S., INC., et al.

## Distribution List:

A C AND S INC
C/O C T CORPORATION SYSTEM
208 S LASALLE ST STE 814
CHICAGO IL 60603-1135

~~AIRCO, INC./THE BOC GROUP
C/O CT CORPORATION SYSTEMS
208 S. LASALLE STREET
SUITE 814
CHICAGO IL 60604-1135~~

A.P. GREEN INDUSTRIES
CVCSC, INC.
C/O DARCY ROPER
P.O. BOX 950
525 BROOK STREET
ROCKY HILL, CT 06067

C.E. THURSTON AND SONS, INC.
C/O H. VAUGHAN PRIVETT
485 BROOKSIDE COURT
NORFOLK VA 23502-2502

~~COLTEC INDUSTRIES CORP.
C/O CT CORPORATION SYSTEMS
ONE N. CAPITAL AVE
INDIANAPOLIS IN 46204~~

COMBUSTION ENGINEERING, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON, DE 19801

C S R LTD
MICHAEL P. CASEY, ESQ.
LEWIS RICE & FINGERSH
500 NORTH BROADWAY
SUITE 2000
ST. LOUIS MO 63102

DANA CORP.
C/O CT CORPORATION SYSTEM
208 S. LASALLE STREET
SUITE 814
CHICAGO IL 60604-1135

DRESSER INDUSTRIES
C/O ILLINOIS SERVICE COMPANY
700 S. 2ND STREET
SPRINGFIELD IL 62704

8

EMPIRE ACE INSULATION MFG. CORP.
C/O SECRETARY OF STATE - NY
41 STATE STREET
ALBANY, NY

ERICSSON, INC., AS SUCCESSOR TO ANACONDA STEEL & WIRE COMPANY
C/O CT CORPORATION SYSTEMS
314 EAST THAYER AVE
BISMARK, ND 58502-0400

FERODO AMERICA, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

FOSTER-WHEELER CORPORATION, AS PARENT CORPORATION TO
FOSTER WHEELER ENERGY CORP.
C/O PRENTICE HALL CORP. SYSTEMS
4845 JIMMY CARTER BLVD.
NORCROSS GA 30093

FOSTER-WHEELER ENERGY CORP.
C/O U.S. CORPORATION COMPANY
1013 CENTRE ROAD
WILMINGTON DE 1980

THE FLINTKOTE COMPANY
C/O CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

GAF CORPORATION
C/O PRENTICE HALL CORPORATION SYS
1013 CENTER RD
WILMINGTON DE 19805-1265

GARLOCK INC
C/O C T CORPORATION SYSTEM
208 S LASALLE ST STE 814
CHICAGO IL 60604-1135

GENERAL ELECTRIC COMPANY
C/O C T CORPORATION SYSTEM
1209 N. ORANGE STREET
WILMINGTON DE 19801

GENERAL REFRACTORIES CO
C/O C T CORPORATION SYSTEM
1 N CAPITOL AVE STE 1000
INDIANAPOLIS IN 46204-2279

GEORGIA-PACIFIC CORPORATION
C/O C T CORPORATION SYSTEM
208 S LASALLE ST STE 814
CHICAGO IL 60604-1135

9

HARBISON WALKER REFRACTORIES
CVCSC, INC.
C/O CHRISTINE ASTIN
P.O. BOX 950
525 BROOK STREET
ROCKY HILL, CT 06067

INDUSTRIAL HOLDINGS CO.
C/O THE PRENTICE HALL CORP.
80 STATE STREET
ALBANY NY 12207

I.U. NORTH AMERICA, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

~~LINCOLN ELECTRIC MERGER CO.
C/O LEGAL COUNSEL
22801 ST. CLAIRE AVE.
CLEVELAND OH 44117~~

MAREMONT CORP.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

METROPOLITAN LIFE INSURANCE CO
1 MADISON AVE
NEW YORK NY 10010-3690

NORTH AMERICAN REFRACTORIES CO
JOSEPH R. SCHAPER
HEINTZMAN, WARREN, WISE & FORNELLA, P.C.
THE 35TH FLOOR, GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219-1913

NATIONAL SERVICE INDUSTRIES, INC.
C/O THE CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

NOSROC, INC.
C/O CT CORPORATION TRUST COMPANY
1209 N. ORANGE STREET
WILMINGTON DE 19801

OWENS-ILLINOIS CORP.
C/O CT CORPORATION SYSTEMS
520 SW YAMHILL
SUITE 800
PORTLAND OR 97204

PFIZER, INC.

C/O CT CORPORATION SYSTEMS
1633 BROADWAY
NEW YORK NY 10019


QUIGLEY CO., INC.
C/O CT CORPORATION SYS
208 S. LASALLE STREET
CHICAGO IL 60604

RAPID-AMERICAN CORPORATION
C/O PRENTICE HALL CORPORATION SYS
380 S 5TH ST
COLUMBUS OH 43215

RHONE POULENC AG., CO.
C/O CT CORPORATION SYSTEMS
1635 MARKET STREET
PHILADELPHIA PA 19103

SHOOK & FLETCHER INSULATION CO.
C/O LEGAL COUNSEL
4625 VALLEYDALE ROAD
BIRMINGHAM, AL 35242

T&N PLC AS SUCCESSOR TO TURNER & NEWALL PLC AND TURNER & NEWALL, LTD
MANCHESTER INTERNATIONAL OFFICE CENTRE
STYAL ROAD
SUITE #15
MANCHESTER ENGLAND M225TN

UNION CARBIDE CHEMICALS AND PLASTICS CO., INC.
C/O THE CORPORATION TRUST CO.
1209 N. ORANGE STREET
WILMINGTON DE 19801

UNITED STATES MINERAL PRODUCTS CO
C/O LEGAL DEPARTMENT
41 FURNACE STREET
STANHOPE, NJ 07874

W R GRACE COMPANY
C/O PRENTICE HALL CORPORATION SYS
25 W MAIN ST
MADISON WI 53703

VIACOM, INC., AS SUCCESSOR TO WESTINGHOUSE ELECTRIC CORPORATION
C/O LEGAL COUNSEL
1515 BROADWAY
NEW YORK, NY 10036

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

## I. (a) PLAINTIFFS
RUSSEL C. WILLEY, individually

### DEFENDANTS
A. C. AND S. INC., et al.

00C 8195 FILED
DEC 29 2000

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Kane
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Cascino Vaughan Law Offices,
403 West North Avenue
Chicago Illinois 60610-1117
312-944-0600 — 312-944-1870 (fax)

JUDGE KOCORAS

ATTORNEYS (IF KNOWN)
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE BOBRICK

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | X2 | Incorporated and Principal Place of Business In This State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed From State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | X 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyright | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITION | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff Or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 790 Empl. Ret. Inc. Security Act | ☐ 871 IRS | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | 26 USC | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC § 1332

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $ over $75,000
CHECK YES only if demanded in complaint
JURY DEMAND: X YES ☐ NO

## VIII. THIS CASE
X IS NOT A REFILING OF A PREVIOUSLY DISMISSED ACTION.
☐ IS A REFILING OF CASE ___ PREVIOUSLY DISMISSED BY JUDGE ___

DATE 12/27/00
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

RUSSEL C. WILLEY, individually,
    Plaintiff,

v.

A. C. AND S., INC., et al.
    Defendants.

CASE NO. 00C 8195

DEC 29 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

JUDGE KOCORAS
MAGISTRATE JUDGE BOBRICK

Appearances are hereby filed by the undersigned as attorney of record for Russel C. Willey.

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | /s/ | SIGNATURE | |
| NAME: | Michael P. Cascino | NAME: | |
| FIRM: | Cascino Vaughan Law Offices, Ltd. | FIRM: | Cascino Vaughan Law Offices, Ltd. |
| STREET ADDRESS: | 403 West North Avenue | STREET ADDRESS: | 403 West North Avenue |
| CITY/STATE/ZIP: | Chicago, Illinois 60610-1117 | CITY/STATE/ZIP: | Chicago, Illinois 60610-1117 |
| TELEPHONE NUMBER: | 312-944-0600 | TELEPHONE NUMBER: | 312-944-0600 |
| IDENTIFICATION NUMBER: | 3124122 | IDENTIFICATION NUMBER: | |
| MEMBER OF TRIAL BAR: | YES [X]  NO [ ] | MEMBER OF TRIAL BAR: | YES [ ]  NO [ ] |
| TRIAL ATTORNEY: | YES [X]  NO [ ] | TRIAL ATTORNEY: | YES [ ]  NO [ ] |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME: | | NAME: | |
| FIRM: | Cascino Vaughan Law Offices, Ltd. | FIRM: | Cascino Vaughan Law Offices, Ltd. |
| STREET ADDRESS: | 403 West North Avenue | STREET ADDRESS: | 403 West North Avenue |
| CITY/STATE/ZIP: | Chicago, Illinois 60610-1117 | CITY/STATE/ZIP: | Chicago, Illinois 60610-1117 |
| TELEPHONE NUMBER: | 312-944-0600 | TELEPHONE NUMBER: | 312-944-0600 |
| IDENTIFICATION NUMBER: | | IDENTIFICATION NUMBER: | |
| MEMBER OF TRIAL BAR: | YES [ ]  NO [ ] | MEMBER OF TRIAL BAR: | YES [ ]  NO [ ] |
| TRIAL ATTORNEY: | YES [ ]  NO [ ] | TRIAL ATTORNEY: | YES [ ]  NO [ ] |

DOCKETED
JAN 02 2001

